# United States District Court
## Violation Notice

2204284 00459

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- | --- |
| MD85 | E 1571493 | SALEKADER | 3789 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/27/2022 2203

Offense Charged ☐ CFR ☐ USC ~~State Code~~: MTA 21204 b.

Place of Offense: BASE Rd, CUDDIHY Rd NASPATUXENT RIV

Offense Description: Factual Basis for Charge HAZMAT ☐

DRIVER FAIL TO STOP AT FLASHING RED TRAFFIC SIGNAL STRCLUE 18USC13

**DEFENDANT INFORMATION** [redacted]

Last Name: BROWN First Name: KIRK

Street Address [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
| --- | --- | --- | --- | --- | --- |
| 4EP4532 | MD | 16 | NISS PV | | SILVER |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** →

**APPEARANCE IS OPTIONAL**

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount

+ $30 Processing Fee

$ 120 **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date

Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*E1571493*

CVB SCAN 08/08/2022 14:20

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 MAY, 20 22 while exercising my duties as a law enforcement officer in the SOUTHERN District of MARYLAND

WHILE ON PATROL I OBSERVED A VAN FAIL TO STOP AT FLASHING LIGHT. I CONDUCTED A STOP AND ISSUED A CITATION. MTA 21204 B

The foregoing statement is based upon:

☑ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/27/2022 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/08/2022 14:20